BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  2:13-CR-0301 LKK |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE FROM OCTOBER 29,** |
| JOHN HURLEY WOOD, | ) **2013, UNTIL DECEMBER 10, 2013** |
| Defendant. | ) |
| | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on October 29, 2013.

2.    By this stipulation, the defendant now moves to continue the status conference until December 10, 2013, and to exclude time between October 29, 2013, and December 10, 2013 under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

1        a.    The defendant needs additional time to conduct pretrial

2    investigation in this case, including review of the seized computer

3    evidence.

4        b.    The government does not object to the continuance.

5        c.    Based on the above-stated findings, the ends of justice

6    served by continuing the case as requested outweigh the interest of

7    the public and the defendant in a trial within the original date

8    prescribed by the Speedy Trial Act.

9        d.    For the purpose of computing time under the Speedy Trial

10   Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the

11   time period of October 29, 2013 to December 10, 2013, inclusive, is

12   deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

13   Code T4] because it results from a continuance granted by the Court

14   at defendant's request on the basis of the Court's finding that the

15   ends of justice served by taking such action outweigh the best

16   interest of the public and the defendant in a speedy trial.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

1    4.    Nothing in this stipulation and order shall preclude a

2  finding that other provisions of the Speedy Trial Act dictate that

3  additional time periods are excludable from the period

4  within which a trial must commence.

5  IT IS SO STIPULATED.

6  Dated: October 21, 2013                Respectfully Submitted,

7                                         BENJAMIN B. WAGNER
                                          United States Attorney
8

9                                  By:
                                          /s/ Kyle Reardon
10                                        KYLE REARDON
                                          Assistant U.S. Attorney
11

12
   Dated: October 21, 2013                /s/ Kyle Reardon for
13                                        MICHAEL J. WISE
                                          Attorney for the Defendant
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>JOHN HURLEY WOOD,<br><br>                          Defendant. | )<br>) CASE NO.  2:13-CR-0301 LKK<br>)<br>)<br>)<br>) **ORDER CONTINUING STATUS CONFERENCE**<br>) **FROM OCTOBER 29, 2013, UNTIL**<br>) **DECEMBER 10, 2013**<br>)<br>)<br>) |

The parties' stipulation is approved and so ordered.  The time beginning October 29, 2013, until December 10, 2013, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: October 25, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT