MICHAEL J. WISE (SBN 171836)
WISE LAW GROUP, PC
428 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 498-9473
Fax: (916) 476-4023

Attorney for Defendant JOHN WOOD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> JOHN WOOD. ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:13-cr-00301-LKK <br><br> STIPULATION AND ORDER TO CONTINUE STATUS READINESS CONFERENCE AND EXCLUDE TIME <br><br> Date: December 10, 2013 <br> Time: 9:15 am <br> Judge: Honorable Lawrence K. Karlton |

JOHN WOOD by and through his counsel, MICHAEL WISE, Defense Attorney, and KYLE REARDON Assistant United States Attorney, and KYLE REARDON, Assistant United States Attorney hereby agree that the status conference set for December 10, 2013, be continued to March 11, 2014.

This continuance is sought for defense counsel to review and apply new discovery that has surfaced.

Counsel agrees that the time from December 10, 2013 through March 11, 2014, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

1

DATED: December 6, 2013         MICHAEL WISE
                                Defense Attorney

                                */s/ Michael Wise*
                                MICHAEL WISE
                                Defense Attorney
                                Attorney for JONH WOOD


DATED: December 6, 2013         BENJAMIN B. WAGNER
                                United States Attorney

                                */s/ Kyle Reardon (Authorized 12/6/13)*
                                KYLE REARDON
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

# **ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 10, 2013, status conference hearing be continued to March 11, 2014. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the March 11, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED: December 9, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION & ORDER TO CONTINUE STATUS CONFERENCE